# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0153

_____

KRISTOPHER SHAWN PORTER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


January 18, 2026

PER CURIAM.

DISMISSED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Stacy Ann Scott, Public Defender, and Alfredo Daniel Ferrer, Assistant Public Defender, Gainesville, for Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.